AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
District of SOUTH CAROLINA

United States of America
v.

Mihirkumar Jayantibhai Patel
FNU Patel a/k/a Eddie Patel
*Defendant*

) 
) Case No.   C/R 5:19-mj-116
)
)
)
)

## ORDER SCHEDULING A DETENTION HEARING & Preliminary Hearing

A detention hearing in this case is scheduled as follows:

| Place: | US District Court<br>901 Richland St<br>Columbia, SC | Courtroom No.: | 8 |
|---|---|---|---|
| | Before: Magistrate Judge Shiva V. Hodges | Date and Time: | 8/27 @ 10:30 |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: Aug 21, 2019

*Judge's signature*

Shiva V. Hodges, U.S. Magistrate Judge
*Printed name and title*