AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the

District of SOUTH CAROLINA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) Case No. | C/R 5:19-mj-116 |
| Mihirkumar Jayantibhai Patel | ) | |
| Defendant | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: Aug 27, 2019

M.J. Patel
*Defendant's signature*

Judah N. VanSyckel
*Signature of defendant's attorney*

Judah N. VanSyckel - 12778
*Printed name and bar number of defendant's attorney*

106 E. Main Street
Lexington, SC 29072
*Address of defendant's attorney*

judah@scmaclaw.com
*E-mail address of defendant's attorney*

803-939-6927
*Telephone number of defendant's attorney*

803-785-4530
*FAX number of defendant's attorney*