DSC 92
04/12

# COMMITMENT

## UNITED STATES DISTRICT COURT

| UNITED STATES OF AMERICA V. | DISTRICT: SOUTH CAROLINA |
|---|---|
| Mihirkumar Jayantibhai Patel | DOCKET NO. |
| | C/R 5:19-mj-116 |
| | MAGISTRATE CASE NO. |

The above named defendant was arrested upon a Complaint

charging a violation of (See the Complaint) U.S.C. §

**DISTRICT OF OFFENSE**
District of South Carolina

**DATE OF OFFENSE**
See the Complaint

**DESCRIPTION OF CHARGES:**
See the COMPLAINT

BOND IS SET AT $250,000 secured w/ standard conditions, electronic monitoring. curfew to be set after consultation w/ USPO location monitoring costs to be paid by ∆. Upon completion of a PTS report, the court will reconsider bond amount upon motion of defense counsel if appropriate.

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take the custody of the above named defendant and to commit that defendant with a certified copy of this commitment to the custodian of a place of confinement approved by the Attorney General of the United States where the defendant shall be received and safely kept until discharged in due course of law.

8/27/2019
Date

_SHIVA V. HODGES_
United States Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |